UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>Ladd Clark dba LADD, LLC<br><br>Defendant(s) | CIVIL NO. 19-cv-02612<br><br>**FILED**<br><br>JUN 19 2019<br><br>KATE BARKMAN, Clerk<br>By_____ Dep. Clerk |

## CONSENT JUDGMENT

AND NOW, this __18th__ day of __June__, 2019, after consideration of the Stipulation to Enter Consent Judgment as agreed to by the parties it is hereby

ORDERED, ADJUDGED and DECREED

that Judgment is entered in favor of the United States of America and Against Ladd Clark dba LADD, LLC, as follows:

| | | |
|---|---|---|
| Principal | - | $136,356.00 |
| Interest at the rate of 6% | - | $28,992.44 |
| Administration Fees | - | $59,661.81 |
| Total Due as of 6/18/2019 | - | $225,010.25 |

with interest thereafter at the legal rate.

BY THE COURT:

_____
United States District Court Judge